Fill in this information to identify the case:

United States Bankruptcy Court for the:
Eastern District of North Carolina

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  4th Vector Technologies, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 0 8 0 4 1 1 1

**4. Debtor's address**

**Principal place of business**

3209 Gresham Lake Rd., Ste. 147
Number        Street

Raleigh, NC 27615
City            State    ZIP Code

Wake
County

**Mailing address, if different from principal place of business**

Number        Street

City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City            State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  4th Vector Technologies, LLC  Case number *(if known)* _____
         Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  5  4  1  5 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                          MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>         District _____ When _____<br>                                  MM / DD / YYYY<br>         Case number, if known _____ |

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

Debtor    4th Vector Technologies, LLC    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ❑ It needs to be physically secured or protected from the weather. <br> ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ❑ Other _____ <br> **Where is the property?** _____ <br>     Number    Street <br> _____ <br> City    State    ZIP Code <br> **Is the property insured?** <br> ❑ No <br> ❑ Yes.    Insurance agency _____ <br>         Contact name _____ <br>         Phone _____ | |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ❑ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ❑ 50-99  ❑ 1,000-5,000  ❑ 5,001-10,000  ❑ 25,001-50,000  ❑ 50,000-100,000 <br> ❑ 100-199  ❑ 200-999  ❑ 10,001-25,000  ❑ More than 100,000 |
| **15. Estimated assets** | ❑ $0-$50,000  ☑ $1,000,001-$10 million  ❑ $500,000,001-$1 billion <br> ❑ $50,001-$100,000  ❑ $10,000,001-$50 million  ❑ $1,000,000,001-$10 billion <br> ❑ $100,001-$500,000  ❑ $50,000,001-$100 million  ❑ $10,000,000,001-$50 billion <br> ❑ $500,001-$1 million  ❑ $100,000,001-$500 million  ❑ More than $50 billion |

Debtor  4th Vector Technologies, LLC            Case number *(if known)* _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2024
             MM/ DD/ YYYY

X  /s/ Robert Couture                          Robert Couture
Signature of authorized representative of debtor    Printed name

Title        CTO/Managing Member

**18. Signature of attorney**

X       /s/ William P. Janvier           Date  01/02/2024
Signature of attorney for debtor               MM/ DD/ YYYY

William P. Janvier
Printed name

Stevens Martin Vaughn & Tadych, PLLC
Firm name

2225 W Millbrook Road
Number      Street

Raleigh                              NC        27612
City                                 State     ZIP Code

(919) 582-2300                       wjanvier@smvt.com
Contact phone                        Email address

21136                                NC
Bar number                           State

Fill in this information to identify the case:

Debtor name: 4th Vector Technologies, LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/02/2024
MM / DD / YYYY

X /s/ Robert Couture
Signature of individual signing on behalf of debtor

Robert Couture
Printed name

CTO/Managing Member
Position or relationship to debtor

Official Form B202       Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: 4th Vector Technologies, LLC

United States Bankruptcy Court for the: Eastern District of North Carolina

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amazon<br>Attn: Managing Agent<br>PO Box 035184<br>Seattle, WA 98124-5184 | | | | | | $2,391.00 |
| 2 | Cognex<br>Attn: Managing Agent<br>One Vision Drive<br>Natick, MA 01760 | | | | | | $4,910.00 |
| 3 | Credibly<br>Attn: Managing Agent<br>25200 Telegraph Road<br>Southfield, MI 48033 | | Short Term Business Loan | | | | $35,000.00 |
| 4 | Dell Financial Services<br>Attn: DFS Customer Care Dept/Managing Agent<br>One Dell Way<br>Round Rock, TX 78682 | | | | | | $4,500.00 |
| 5 | Digikey<br>Attn: Managing Agent<br>701 Brooks Ave. South, Thief River Falls,<br>Thief River Falls, MN 56701-0677 | | | | | | $544.00 |
| 6 | Edmund Optics<br>Attn: Managing Agent<br>101 East Gloucester Pike<br>Barrington, NJ 08007 | | | | | | $8,303.00 |
| 7 | Electric Supply & Equipment<br>Attn: Managing Agent<br>P.O. Box 20308<br>Greensboro, NC 27420 | | | | | | $216.00 |
| 8 | First Horizon Bank<br>Attn: Managing Agent<br>PO Box 132<br>Memphis, TN 38101 | | OpX Bank Account - Overdrawn | | | | $2,200.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor      4th Vector Technologies, LLC
            Name                                                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Heather Couture  12701 Lindley Dr.  Raleigh, NC 27614 | | Loan | | | | $991,000.00 |
| 10 LoanBuilder  Attn: Managing Agent  3505 Silverside Rd. Suite 200  Wilmington, DE 19810 | | Short Term Business Loan | | | | $21,000.00 |
| 11 Machine Vision Direct  Attn: Managing Agent  684 S Barrington Rd Suite 110  Streamwood, IL 60107 | | | | | | $4,087.25 |
| 12 McMaster-Carr  Attn: Managing Agent  PO Box 7690  Chicago, IL 60680-7690 | | | | | | $4,936.00 |
| 13 Mouser Electronics, Inc.  Attn: Managing Agent  P.O. Box 99319  Fort Worth, TX 76199-0319 | | | | | | $407.00 |
| 14 NOWaccount Network Corporation  Attn Managing Agent  2300 Peachtree Rd., NW Ste. C-102  Atlanta, GA 30309 | | | | | | $37,743.34 |
| 15 PayPal Credit  Attn: Managing Agent  140 Wekiva Springs Road  Longwood, FL 32779 | | | | | | $6,192.00 |
| 16 Quickbridge  Attn: Managing Agent  410 Exchange Suite 150  Irvine, CA 92602 | | Short Term Business Loan | | | | $32,700.00 |
| 17 Rapid Finance  Attn: Managing Agent  4500 East West Hwy. 6th Floor  Bethesda, MD 20814 | | Business Line of Credit | | | | $29,000.00 |
| 18 RS Americas, Inc.  Attn: Managing Agent  7151 Jack Newell Blvd S  Fort Worth, TX 76118 | | | | | | $5,378.00 |
| 19 Saginaw Control & Engineering  Attn: Managing Agent  95 Midland Road  Saginaw, MI 48638-5770 | | | | | | $987.00 |
| 20 SendCutSend  Attn: Managing Agent  4855 Longley Lane  Reno, NV 89502 | | | | | | $7,122.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION**

IN RE: **4th Vector Technologies, LLC**          CASE NO

                                                  CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____01/02/2024_____     Signature _____/s/ Robert Couture_____

                                                       Robert Couture, CTO/Managing Member

Amazon  
Attn: Managing Agent  
PO Box 035184  
Seattle, WA 98124-5184  

BayFirst National Bank  
Attn: Managing Agent  
700 Central Ave.  
Saint Petersburg, FL 33701  

BPG Management - NC, LLC  
Attn: Managing Agent  
2700-178 Sumner Blvd.  
Raleigh, NC 27616  

Chase Card Services  
Attn: Managing Agent  
PO Box 15298  
Wilmington, DE 19850-5298  

CHTD Company  
Attn: Managing Agent  
801 Adlai Stevenson Dr.  
Springfield, IL 62703  

Cognex  
Attn: Managing Agent  
One Vision Drive  
Natick, MA 01760  

Corporate Service Company  
Attn: Managing Agent  
801 Adlai Stevenson Dr.  
Springfield, IL 62703  

Corporation Service Company  
Attn: Managing Agent  
PO Box 2576  
Springfield, IL 62708

Credibly
Attn: Managing Agent
25200 Telegraph Road
Southfield, MI 48033

Dell Financial Services
Attn: DFS Customer Care Dept/Managing Agent
One Dell Way
Round Rock, TX 78682

Digikey
Attn: Managing Agent
701 Brooks Ave. South, Thief River Falls,
Thief River Falls, MN 56701-0677

Edmund Optics
Attn: Managing Agent
101 East Gloucester Pike
Barrington, NJ 08007

Electric Supply & Equipment
Attn: Managing Agent
P.O. Box 20308
Greensboro, NC 27420

First Horizon Bank
Attn: Managing Agent
PO Box 132
Memphis, TN 38101

Heather Couture
12701 Lindley Dr.
Raleigh, NC 27614

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

John James
Attn: Managing Agent
2929 Allen Pkwy Ste 3300
Houston, TX 77019

Leaf Capital
Attn: Managing Agent
PO Box 5066
Hartford, CT 06102-5066

LoanBuilder
Attn: Managing Agent
3505 Silverside Rd. Suite 200
Wilmington, DE 19810

Machine Vision Direct
Attn: Managing Agent
684 S Barrington Rd Suite 110
Streamwood, IL 60107

McMaster-Carr
Attn: Managing Agent
PO Box 7690
Chicago, IL 60680-7690

Mouser Electronics, Inc.
Attn: Managing Agent
P.O. Box 99319
Fort Worth, TX 76199-0319

National Funding
Attn: Managing Agent
9530 Towne Centre Drive Suite 120
San Diego, CA 92121

NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168

NOWaccount Network Corporation
Attn: Managing Agent
2300 Peachtree Rd., NW Ste. C-102
Atlanta, GA 30309

NOWaccount Network Corporation
Attn Managing Agent
2300 Peachtree Rd., NW Ste. C-102
Atlanta, GA 30309

PayPal Credit
Attn: Managing Agent
140 Wekiva Springs Road
Longwood, FL 32779

Quickbridge
Attn: Managing Agent
410 Exchange Suite 150
Irvine, CA 92602

Rapid Finance
Attn: Managing Agent
4500 East West Hwy. 6th Floor
Bethesda, MD 20814

Robert Couture
12701 Lindley Drive
Raleigh, NC 27614

RS Americas, Inc.
Attn: Managing Agent
7151 Jack Newell Blvd S
Fort Worth, TX 76118

Saginaw Control & Engineering
Attn: Managing Agent
95 Midland Road
Saginaw, MI 48638-5770

SendCutSend
Attn: Managing Agent
4855 Longley Lane
Reno, NV 89502

Small Business Credit
Cooperative, Inc.
Attn: Managing Agent
2300 Peachtree Rd., NW Ste. C-102
Atlanta, GA 30309

Subaru Motor Finance
Attn: Managing Agent
700 Kansas Lane LA4-0006
Monroe, LA 71203

TimePayment
Attn: Managing Agent
200 Summit Dr. Suite 100
Burlington, MA 01803-7555

US Attorney General - US DOJ
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601

US Small Business
Administration
Attn: Managing Agent
2 North Street Ste. 320
Birmingham, AL 35203

Wurth Additive Group
Attn: Managing Agent
598 Chaney Ave.
Greenwood, IN 46143

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **4th Vector Technologies, LLC**    Case No. _____

Debtor(s)    Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **4th Vector Technologies, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**01/02/2024**           **/s/ William P. Janvier**
Date                     **William P. Janvier**
                         Signature of Attorney or Litigant
                         Counsel for  **4th Vector Technologies, LLC**
                         **Bar Number: 21136**
                         **Stevens Martin Vaughn & Tadych, PLLC**
                         **2225 W Millbrook Road**
                         **Raleigh, NC 27612**
                         **Phone: (919) 582-2300**
                         **Email: wjanvier@smvt.com**

1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

**In re: Debtor(s)**
4th Vector Technologies, LLC

Case No.

Chapter 11

Debtor(s)

## DEBTOR'S ELECTRONIC NOTICING REQUEST (DEBN)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **Initial Request:** (Check this box to begin receiving notices and orders from the U.S. Bankruptcy Court via email.)

Pursuant to Bankruptcy Rule 9036, I hereby request receipt of court notices and orders via email, instead of U.S. mail, from the Bankruptcy Noticing Center (BNC) through the U.S. Bankruptcy Court's Debtor Electronic Bankruptcy Noticing (DeBN) program.

I understand that this request is limited to receipt of only notices and orders filed by the U.S. Bankruptcy Court. I will continue to receive documents filed by all other parties, such as the trustee and creditors, via U.S. mail or in person pursuant to court rules.

I understand that I will receive electronic notice of any documents entered by the court in any current or future bankruptcy or adversary case from any bankruptcy court district in which I am listed with the same name and address, including cases where I am listed as a creditor.

I understand that the first time the BNC receives an email bounce-back (undeliverable email), my DeBN account will be automatically disabled. I will then receive notices and orders via U.S. mail, and I must file an updated request form if I wish to reactivate my account.

I understand that enrollment in DeBN is completely voluntary, and I may file a request to deactivate my account at any time.

☐ **Decline Request:** (Check this box to decline receiving notices and orders from the U.S. Bankruptcy Court via email.)

☐ **Update to Account Information:** (Check this box to make changes to your existing DeBN account.)

I request the following updates(s) to my DeBN account:

☐ I have a new email address as indicated below.

☐ I filed a new bankruptcy case, and I have an existing DeBN account. Please review my account to ensure my name and address in my account match this new case.

☐ I request reactivation of my DeBN account so that I may receive court notices and orderes via email, instead of U.S mail.

☐ **Request To Deactivate Electronic Noticing:** (Check this box to request deactivation of your DeBN account.)

I request deactivation of my DeBN account. I understand that by deactivating my account, I will begin receiving notices and orders entered by the U.S. Bankruptcy Court via U.S. mail, instead of email.

I understand that I will continue to reveive electronic notices until such time as the Court has deactivated my account.

I am a debtor in this bankruptcy case, or the debtor's authorized representative if the debtor is a business, and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. Neither the U.S. Bankruptcy Court nor the BNC bears any liability for errors resulting from the information I have submitted on this form. If I already have a different electronic noticing account, you may deactivate that account and create this DeBN account.

**Joint debtors** who each request enrollment or already have a DeBN account **must file separate forms**.

/s/ 4th Vector Technologies, LLC                                    Date: 01/02/2024
4th Vector Technologies, LLC

Printed Name (and title if not the debtor):  **4th Vector Technologies, LLC**

Email Address (type or print clearly):        **accounting@4thvectortech.com**