**Fill in this information to identify the case:**

Debtor name     4th Vector Technologies, LLC

United States Bankruptcy Court for the:

      Eastern District of North Carolina

Case number (if known):    24-00021-5-PWM

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/16/2024
      MM/ DD/ YYYY

X   /s/ Robert Couture
Signature of individual signing on behalf of debtor

Robert Couture
Printed name

CTO/Managing Member
Position or relationship to debtor

Official Form B202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
|---|

Debtor name _____ 4th Vector Technologies, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of North Carolina _____

Case number (if known): _____ 24-00021-5-PWM _____    Chapter __ 11 __

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................

   | $0.00 |
   |---|

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   | $222,718.17 |
   |---|

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................

   | $222,718.17 |
   |---|

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $562,073.85 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $0.00 |
   |---|

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $1,200,758.44 |
   |---|

4. **Total liabilities**...........................................................................................................

   Lines 2 + 3a + 3b

   | $1,762,832.29 |
   |---|

| Fill in this information to identify the case: |
| --- |

Debtor Name   __4th Vector Technologies, LLC__

United States Bankruptcy Court for the: __Eastern__   District of __North Carolina__
(State)

Case number (If known): __24-00021-5-PWM__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Horizon** | **Checking account** | **9   7   0   6** | $3,180.63 |
| 3.2. | **First Horizon** | **Checking account** | **6   1   0   6** | ($2,622.66) |
| 3.3. | **First Horizon** | **Savings account** | **1   8   2   0** | $1.02 |
| 3.4. | **First Horizon** | **Savings account** | **4   6   2   0** | $1.02 |

4. **Other cash equivalents** *(Identify all)*

   4.1 **Bento (pre-pay cash card)** _____ $446.31

5. **Total of Part 1** | $1,006.32 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor ___4th Vector Technologies, LLC___      Case number *(if known)* ___24-00021-5-PWM___
Name

| | | |
|---|---|---|
| 7.1 | **BPG Management** | $4,292.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

**9.** **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | $4,292.00 |

---

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **unknown** | - | **unknown** | =.....➡ | $19,550.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | - | _____ | =.....➡ | _____ |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $19,550.00 |

---

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 _____ | _____ | _____ |
| 14.2 _____ | _____ | _____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 _____ | _____ | _____ | _____ |
| 15.2 _____ | _____ | _____ | _____ |

---

Debtor    **4th Vector Technologies, LLC**                          Case number *(if known)* **24-00021-5-PWM**
_____                                    _____
          Name

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
|---|---|---|---|---|
| | Describe: | | | |
| | 16.1 _____ | _____ | | _____ |
| | 16.2 _____ | _____ | | _____ |

| 17. | **Total of Part 4** | | |
|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | [_____] |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| **Bridgestone Bandag – Abliene** | MM / DD / YYYY | **unknown** | _____ | **unknown** |
| **SWVA Bio Char** | MM / DD / YYYY | **unknown** | _____ | **unknown** |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| **Inventory** | MM / DD / YYYY | **unknown** | _____ | **$5,000.00** |

| 23. | **Total of Part 5** | | |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | **$5,000.00** |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **4th Vector Technologies, LLC**                                 Case number *(if known)*  **24-00021-5-PWM**
          <sub>Name</sub>

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| Debtor | 4th Vector Technologies, LLC | | Case number *(if known)* | 24-00021-5-PWM |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** | | | |
| | Shop furnishings/fixtures (2014-present - 12 items) | **unknown** | | **$1,956.06** |
| | Furnishings & fixtures (2014-present - 28 items) | **unknown** | | **$2,311.45** |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Sales/marketing equipment (2014-present - 9 items) | **unknown** | | **$1,056.33** |
| | Shop equipment (2014-present - 71 items) | **unknown** | | **$3,658.47** |
| | Lab Computer Equipment (2014-present - 24 items) | **unknown** | | **$3,612.25** |
| | Lab Equipment (2014-present - 307 items) | **unknown** | | **$52,549.09** |
| | Office computer equipment (2014-present - 115 items) | **unknown** | | **$10,260.54** |
| | Office equipment (2014-present - 274 items) | **unknown** | | **$15,602.36** |
| | (1) 2017 Dell Precision 7720 w/i7 laptop w/GPU (S/N: HZLP6H2) | **unknown** | | **$3,500.00** |
| | (1) 2018 Dell Precision 7720 w/i7 laptop w/GPU (S/N: HZLP6H2) | **unknown** | | **$3,500.00** |
| | (1) 2020 Dell Precision 7920 tower (S/N: DSG2853) | **unknown** | | **$2,000.00** |
| | (1) 2021 Dell Precision 7750 laptop w/i7 & GPU (S/N: CD9W353) | **unknown** | | **$3,500.00** |
| | (1) 2021 Dell Precision 7750 laptop w/i9 & GPU (S/N: 5R696G3) | **unknown** | | **$3,750.00** |
| | (1) 2015 Cognex IS7200 Smart Camera (S/N: 1A1441PB201479) | **unknown** | | **$1,500.00** |
| | (1) 2017 OptoEng PC23030XS Percentric Lens & light (S/N: 35003) | **unknown** | | **$2,000.00** |
| | (1) 2017 Zebra 105SL Plus 300dpi industrial label printer (S/N: 69J163900001) | **unknown** | | **$1,750.00** |
| | (1) 2020 Cognex DS1300R laser profiler imaging head (S/N: 1A1803XN000882) | **unknown** | | **$3,750.00** |
| | (1) 2021 Cognex IS3DL4300-LAB smart camera laser profiler & demo kit (S/N: 1S2046XN095106) | **unknown** | | **$7,500.00** |
| | (1) 2019 EK Vario VP600 terminal block plotter (S/N: 6EK1078001) | **unknown** | | **$2,718.45** |
| | (1) 2021 EK Vario VP/E 600 engraver (S/N: 6EKG2021001) | **unknown** | | **$2,606.18** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 42.1 | | | | | |
| 42.2 | | | | | |
| 42.3 | | | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $129,081.18 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2019 Subaru Outback / VIN: 4S4BSAFC3K3262571 | unknown | | $24,372.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 2020 Aubo i5 Cobot & Controller / VIN: ABUL19101036IV4 | unknown | | $20,000.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| $44,372.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **3209 Gresham Lake Road Suite 147<br>Raleigh, NC 27615** | **Lease** | **unknown** | | **unknown** |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**   Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>4thvectortech.com/ | **unknown** | | **unknown** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |

Debtor    4th Vector Technologies, LLC                        Case number *(if known)*  24-00021-5-PWM
                Name

| 64. | **Other intangibles, or intellectual property** | | | |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| 65. | **Goodwill** | | | |
| | Trade secrets | unknown | | unknown |
| 66. | **Total of Part 10** | | | |
| | Add lines 60 through 65. Copy the total to line 89. | | | [____] |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---
**Part 11:**    All other assets
---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡    _____
                        Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **4th Vector Technologies, LLC**                                 Case number *(if known)* **24-00021-5-PWM**
Name

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| (1) 2016 upgraded 2022 MvTec Halcon vision toolkit developers license v20.11 | $5,000.00 |
| 2015 Rockwell RS Logix 500 PLC software (annual service upgrades) | $1,500.00 |
| 2015 Rockwell RS Logix 5000 PLC software (annual service upgrades) | $3,500.00 |
| Engineering software (2014-present - 11 items) | $2,510.30 |
| Lab software (2014-present - 3 items) | $1,036.50 |
| Office software (2014-present - 52 items) | $5,475.77 |
| Shop software (2014-present - 3 items) | $394.10 |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

$19,416.67

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,006.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,292.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,550.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $129,081.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,372.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................➤ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,416.67 | |
| 91. **Total.** *Add lines 80 through 90 for each column...........................*91a. | $222,718.17 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... | | $222,718.17 |

| Fill in this information to identify the case: |
| --- |
| Debtor name     4th Vector Technologies, LLC |
| United States Bankruptcy Court for the:     Eastern     District of     North Carolina <br> (State) |
| Case number (if known):     24-00021-5-PWM |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**   **Creditor's name**
BayFirst National Bank

**Describe debtor's property that is subject to a lien**

Amount of claim: $147,500.00     Value of collateral: unknown

**Creditor's mailing address**
Attn: Managing Agent
700 Central Ave.
Saint Petersburg, FL 33701

**Describe the lien**
SBA Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    9   1   0   7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $562,073.85

| Debtor | 4th Vector Technologies, LLC | | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

BayFirst National Bank

**Describe debtor's property that is subject to a lien**

$54,000.00        unknown

**Creditor's mailing address**

Attn: Managing Agent

700 Central Ave.

Saint Petersburg, FL 33701

**Describe the lien**

SBA Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    9  1  0  7

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | 4th Vector Technologies, LLC | | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.3** Creditor's name

CHTD Company

**Creditor's mailing address**

Attn: Managing Agent

801 Adlai Stevenson Dr.

Springfield, IL 62703

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

| Debtor | 4th Vector Technologies, LLC | | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | *Amount of claim*<br>Do not deduct the value<br>of collateral. | *Value of collateral*<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

First Horizon Bank

**Describe debtor's property that is subject to a lien**

$40,000.00    unknown

**Creditor's mailing address**

Attn: Managing Agent

PO Box 132

Memphis, TN 38101

**Describe the lien**

Business line of credit

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  2  8  2  0

**As of the petition filing date, the claim is:**

Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Contingent

☐ Unliquidated

☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | 4th Vector Technologies, LLC | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

First Horizon Bank

**Describe debtor's property that is subject to a lien**

2020 Aubo i5 Cobot & Controller

$14,821.65    $20,000.00

**Describe the lien**

Equipment Loan - Cobot

**Creditor's mailing address**

Attn: Managing Agent

PO Box 132

Memphis, TN 38101

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**   8  6  3  9

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | 4th Vector Technologies, LLC | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

NOWaccount Network Corporation

$37,743.34    unknown

**Creditor's mailing address**

Attn: Managing Agent

2300 Peachtree Rd., NW Ste. C-102

Atlanta, GA 30309

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | 4th Vector Technologies, LLC | Case number (if known) | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.7**

**Creditor's name**
Subaru Motor Finance

**Creditor's mailing address**
Attn: Managing Agent

700 Kansas Lane LA4-0006

Monroe, LA 71203

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    2  6  0  6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2019 Subaru Outback

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$22,308.86      $24,372.00

---

Debtor     4th Vector Technologies, LLC
_____
           Name

Case number (if known)  24-00021-5-PWM

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8**   **Creditor's name**

US Small Business Administration

**Creditor's mailing address**

Attn: Managing Agent

2 North Street Ste. 320

Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   8   2   0   6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$245,700.00      unknown

---

| Debtor | 4th Vector Technologies, LLC | Case number (if known) | 24-00021-5-PWM |
|--------|------------------------------|------------------------|----------------|
|        | Name |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| John James<br>Attn: Managing Agent<br>2929 Allen Pkwy Ste 3300<br>Houston, TX 77019 | Line 2. _1_ | ___ ___ ___ ___ |
| John James<br>Attn: Managing Agent<br>2929 Allen Pkwy Ste 3300<br>Houston, TX 77019 | Line 2. _2_ | ___ ___ ___ ___ |
| Corporation Service Company<br>Attn: Managing Agent<br>PO Box 2576<br>Springfield, IL 62708 | Line 2. _3_ | ___ ___ ___ ___ |
| Corporation Service Company<br>Attn: Managing Agent<br>PO Box 2576<br>Springfield, IL 62708 | Line 2. _4_ | ___ ___ ___ ___ |
| Small Business Credit Cooperative, Inc.<br>Attn: Managing Agent<br>2300 Peachtree Rd., NW Ste. C-102<br>Atlanta, GA 30309 | Line 2. _6_ | ___ ___ ___ ___ |
| Corporate Service Company<br>Attn: Managing Agent<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Line 2. _8_ | ___ ___ ___ ___ |
| US Attorney General - IRS<br>Attn: Managing Agent<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | Line 2. _8_ | ___ ___ ___ ___ |
| US Attorney's Office (ED)<br>Attn: Managing Agent<br>150 Fayetteville St. Ste. 2100<br>Raleigh, NC 27601 | Line 2. _8_ | ___ ___ ___ ___ |

Debtor   4th Vector Technologies, LLC _____   Case number (if known) 24-00021-5-PWM _____
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ 4th Vector Technologies, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of North Carolina _____

Case number (if known): _____ 24-00021-5-PWM _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

  Internal Revenue Service

  Attn: Managing Agent

  PO Box Box 7346

  Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**

Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

  NC Dept. of Revenue

  Attn: Managing Agent

  PO Box 1168

  Raleigh, NC 27602-1168

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**

Priority amount: **unknown**

| Debtor | **4th Vector Technologies, LLC** | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|
| | Name | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,391.00** |
|---|---|---|---|
| | **Amazon** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **PO Box 035184** | ☐ Disputed | |
| | **Seattle, WA 98124-5184** | Basis for the claim: _____ | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|
| | **Chase Card Services** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **PO Box 15298** | ☐ Disputed | |
| | **Wilmington, DE 19850-5298** | For Notice Purposes - Used for Business but in Robert Couture's (Owner | |
| | | Basis for the claim: **of Debtor)** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,910.00** |
|---|---|---|---|
| | **Cognex** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **One Vision Drive** | ☐ Disputed | |
| | **Natick, MA 01760** | Basis for the claim: _____ | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Credibly** | ☐ Contingent | |
| | **Attn: Managing Agent** | ☐ Unliquidated | |
| | **25200 Telegraph Road** | ☐ Disputed | |
| | **Southfield, MI 48033** | Short Term Business Basis for the claim: **Loan** | |
| | | Is the claim subject to offset? | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number **0  E  2  2** | ☐ Yes | |

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**
Dell Financial Services
Attn: DFS Customer Care Dept/Managing Agent
One Dell Way
Round Rock, TX 78682

Date or dates debt was incurred
Last 4 digits of account number ___ 6 6 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$4,500.00

**3.6 Nonpriority creditor's name and mailing address**
Digikey
Attn: Managing Agent
701 Brooks Ave. South, Thief River Falls,
Thief River Falls, MN 56701-0677

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$544.00

**3.7 Nonpriority creditor's name and mailing address**
Edmund Optics
Attn: Managing Agent
101 East Gloucester Pike
Barrington, NJ 08007

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$8,303.00

**3.8 Nonpriority creditor's name and mailing address**
Electric Supply & Equipment
Attn: Managing Agent
P.O. Box 20308
Greensboro, NC 27420

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$216.00

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

**Part 2:**  Additional Page

---

**3.9**  Nonpriority creditor's name and mailing address

First Horizon Bank

Attn: Managing Agent

PO Box 132

Memphis, TN 38101

Date or dates debt was incurred _____

Last 4 digits of account number  6  1  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  OpX Bank Account - Overdrawn

Is the claim subject to offset?
☑ No
☐ Yes

$2,200.00

---

**3.10**  Nonpriority creditor's name and mailing address

Heather Couture

12701 Lindley Dr.

Raleigh, NC 27614

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset?
☑ No
☐ Yes

$991,000.00

---

**3.11**  Nonpriority creditor's name and mailing address

LoanBuilder

Attn: Managing Agent

3505 Silverside Rd. Suite 200

Wilmington, DE 19810

Date or dates debt was incurred _____

Last 4 digits of account number  2  8  4  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Short Term Business Loan

Is the claim subject to offset?
☑ No
☐ Yes

$21,000.00

---

**3.12**  Nonpriority creditor's name and mailing address

Machine Vision Direct

Attn: Managing Agent

684 S Barrington Rd Suite 110

Streamwood, IL 60107

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,087.25

---

| Debtor | **4th Vector Technologies, LLC** | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white;">Part 2:</td><td>Additional Page</td></tr>
</table>

---

**3.13** Nonpriority creditor's name and mailing address

McMaster-Carr

Attn: Managing Agent

PO Box 7690

Chicago, IL 60680-7690

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$4,936.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Mouser Electronics, Inc.

Attn: Managing Agent

P.O. Box 99319

Fort Worth, TX 76199-0319

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$407.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

NOWaccount Network Corporation

Attn Managing Agent

2300 Peachtree Rd., NW Ste. C-102

Atlanta, GA 30309

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$37,743.34**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

PayPal Credit

Attn: Managing Agent

140 Wekiva Springs Road

Longwood, FL 32779

Date or dates debt was incurred _____

Last 4 digits of account number  0  7  8  8

As of the petition filing date, the claim is: **$6,192.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **4th Vector Technologies, LLC** | | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,700.00
--- | --- | --- | ---

Quickbridge

Attn: Managing Agent

410 Exchange Suite 150

Irvine, CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Short Term Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  **3   0   -   1**

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,019.83

Rapid Finance

Attn: Managing Agent

4500 East West Hwy. 6th Floor

Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  **6   7   5   3**

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,378.00

RS Americas, Inc.

Attn: Managing Agent

7151 Jack Newell Blvd S

Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,109.02

Saginaw Control & Engineering

Attn: Managing Agent

95 Midland Road

Saginaw, MI 48638-5770

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **4th Vector Technologies, LLC** | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,122.00** |
|---|---|---|---|

**SendCutSend**

**Attn: Managing Agent**

**4855 Longley Lane**

**Reno, NV 89502**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | **4th Vector Technologies, LLC** | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Corporation Service Company** | Line **3.9** | |
| **Attn: Managing Agent** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **PO Box 2576** | _____ | |
| **Springfield, IL 62708** | | |
| 4.2 **National Funding** | Line **3.17** | |
| **Attn: Managing Agent** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **9530 Towne Centre Drive Suite 120** | _____ | |
| **San Diego, CA 92121** | | |

| Debtor | **4th Vector Technologies, LLC** | Case number *(if known)* | **24-00021-5-PWM** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,200,758.44 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,200,758.44 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 4th Vector Technologies, LLC |
| United States Bankruptcy Court for the: | Eastern District of North Carolina |
| Case number (if known): | 24-00021-5-PWM     Chapter   11 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Lease - Gresham Lake Rd. | BPG Management - NC, LLC |
| | | Attn: Managing Agent |
| State the term remaining | 0 months | 2700-178 Sumner Blvd. |
| List the contract number of any government contract | | Raleigh, NC 27616 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - 2022 Toyota Forklift 7FBEU15-29259 (1496/1500 hours - new battery) | Leaf Capital |
| | | Attn: Managing Agent |
| State the term remaining | 0 months | PO Box 5066 |
| List the contract number of any government contract | | Hartford, CT 06102-5066 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - 2021 Jet JTM-1050VS2 3 Aix milling machine & 2021 Jet HVBS-712DV horizontal bandsaw | TimePayment |
| | | Attn: Managing Agent |
| | | 200 Summit Dr. Suite 100 |
| State the term remaining | 0 months | Burlington, MA 01803-7555 |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Markforged X5 industrial composite 3D printer | Wurth Additive Group |
| | | Attn: Managing Agent |
| State the term remaining | 0 months | 598 Chaney Ave. |
| List the contract number of any government contract | | Greenwood, IN 46143 |

Fill in this information to identify the case:

Debtor name ___**4th Vector Technologies, LLC**___

United States Bankruptcy Court for the: ____**Eastern**____ District of ___**North Carolina**___
(State)

Case number (If known): ___**24-00021-5-PWM**___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Robert Couture | 12701 Lindley Drive <br> Street <br><br> Raleigh, NC 27614 <br> City          State          ZIP Code | US Small Business Administration | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | BayFirst National Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | Credibly | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | Rapid Finance | ☐ D <br> ☑ E/F <br> ☐ G |
| | | | Quickbridge | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of __2__

| Debtor | 4th Vector Technologies, LLC | Case number (if known) | 24-00021-5-PWM |
|--------|------------------------------|------------------------|----------------|
|        | Name                         |                        |                |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____<br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street _____<br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____<br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name _____4th Vector Technologies, LLC_____

United States Bankruptcy Court for the:
_____Eastern District of North Carolina_____

Case number (if known): _____24-00021-5-PWM_____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,800.00 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $581,685.46 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $675,476.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. PayPal LoanBuilder<br>Creditor's name<br><br>Street<br><br><br>City   State   ZIP Code | | $30,083.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Loan |
| 3.2. Gusto<br>Creditor's name<br><br>Street<br><br><br>City   State   ZIP Code | 10/2023<br><br>11/2023<br><br>12/2023 | $34,977.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Payroll service |
| 3.3. BPG Management - NC, LLC<br>Creditor's name<br>2700-178 Sumner Blvd.<br>Street<br>Attn: Managing Agent<br>Raleigh, NC 27616<br>City   State   ZIP Code | 10/2023<br><br>11/2023 | $8,585.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Rent |
| 3.4. Quickbridge<br>Creditor's name<br>410 Exchange Suite 150<br>Street<br>Attn: Managing Agent<br>Irvine, CA 92602<br>City   State   ZIP Code | | $18,397.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Loan |
| 3.5. Heather Couture<br>Creditor's name<br>12701 Lindley Dr.<br>Street<br><br>Raleigh, NC 27614<br>City   State   ZIP Code | | $18,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Loan |

| Debtor | 4th Vector Technologies, LLC | Case number *(if known)* | 24-00021-5-PWM |
|---|---|---|---|
| | Name | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Heather Couture <br> Creditor's name <br><br> 12701 Lindley Dr. <br> Street <br><br><br> Raleigh, NC 27614 <br> City            State    ZIP Code <br><br> **Relationship to debtor** <br><br> Owner's spouse | 2023 | $42,369.91 | |
| 4.2. Robert Couture <br> Creditor's name <br><br> 12701 Lindley Drive <br> Street <br><br><br> Raleigh, NC 27614 <br> City            State    ZIP Code <br><br> **Relationship to debtor** <br><br> Owner | | $4,719.84 | United card (Visa check loan payments) |
| 4.3. Robert Couture <br> Creditor's name <br><br> 12701 Lindley Drive <br> Street <br><br><br> Raleigh, NC 27614 <br> City            State    ZIP Code <br><br> **Relationship to debtor** <br><br> Owner | | $27,045.80 | IHG Card |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    4th Vector Technologies, LLC                                                    Case number *(if known)*    24-00021-5-PWM
          Name

5.1.    _____    _____    _____    _____
        Creditor's name

        _____
        Street

        _____

        _____
        City                        State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    4th Vector Technologies, LLC                                     Case number *(if known)*    24-00021-5-PWM
                Name

**8.1.** 

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

Street                                                          Case title                                          Court name and address

                                                                                                                      Name
City                      State      ZIP Code                  Case number                               Street

                                                               Date of order or assignment

                                                                                                          City                      State      ZIP Code

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Ravenscroft                                                    Robotics team                                                            $2,500.00
Recipient's name

Street

City                      State      ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**10.1.**

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   4th Vector Technologies, LLC                                    Case number *(if known)*   24-00021-5-PWM
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Stevens Martin Vaughn & Tadych, PLLC | Attorney's Fee | 12/08/2023 | $10,000.00 |
| | **Address** | | | |
| | 2225 W Millbrook Road | | | |
| | Street | | | |
| | Raleigh, NC 27612 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| **Address** |
|---|
| _____ |
| Street |
| _____ |
| City      State    ZIP Code |

| **Relationship to debtor** |
|---|
| _____ |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | 2501 Schieffelin Rd. Ste. 112 | From _____ To 2021 |
| | Street | |
| | Apex, NC 27502 | |
| | City      State    ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | | |
| _____ | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City      State    ZIP Code | | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Guideline 401(k) | EIN:  8 2 – 0 8 0 4 1 1 1 |

       Has the plan been terminated?

       ☑ No

       ☐ Yes

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    4th Vector Technologies, LLC                                  Case number *(if known)*    24-00021-5-PWM
          Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Extra Space Storage | Robert Couture | | ☐ No |
| | Name | | | ☑ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | 12701 Lindley Drive | | |
| | | Raleigh, NC 27614 | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 9

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____  _____ City   State   ZIP Code | _____ | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City   State   ZIP Code | _____ City   State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ City   State   ZIP Code | _____ City   State   ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    4th Vector Technologies, LLC                                    Case number *(if known)*    24-00021-5-PWM
                Name

| Business name and address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |

25.1.

_____          _____          EIN: __ __ – __ __ __ __ __ __ __
Name

_____                                           **Dates business existed**
Street

_____                                           From _____   To _____

_____
City          State    ZIP Code

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |
| 26a.1.   HPG | From 2014   To 2024 |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State    ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |
| 26b.1. | From _____   To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City          State    ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.   Robert Couture | _____ |
| Name | |
| 12701 Lindley Drive | _____ |
| Street | |
| _____ | |
| Raleigh, NC 27614 | |
| City          State    ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

☑ None

Debtor  4th Vector Technologies, LLC

Name

Case number (*if known*)    24-00021-5-PWM

| Name and address | | | |
|---|---|---|---|

26d.1.

Name
_____

Street
_____

_____

City                    State         ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____

Name
_____

Street
_____

_____

City                    State         ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Couture | 12701 Lindley Drive Raleigh, NC 27614 | Sole member & manager, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ <br> To  _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Debtor | 4th Vector Technologies, LLC | | Case number (if known) | 24-00021-5-PWM |
| | Name | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |

Name _____

Street _____

City _____ State ____ ZIP Code ____

**Relationship to debtor**

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Guideline (401k) | EIN: 8 2 – 0 8 0 4 1 1 1 |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     01/16/2024
          MM/ DD/ YYYY

**X** /s/ Robert Couture                    Printed name            Robert Couture
     Signature of individual signing on behalf of the debtor

Position or relationship to debtor     CTO/Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes